Date; April. 10, 2015    16,525-08

To;

Court of Criminal Appeals Of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FROM;

Larry W. Means #1899565
Michael Unit
2664 FM 2054
Tennessee Colony, Texas
75886

RE. Writ of Habeas Corpus
TR. Ct. NO. 42,561-B-H-2

Abel Acosta, Clerk

On ~~May~~ March 6, 2015, the court received my Writ of Habeas Corpus. I'm writing to inform you that I now have a new address. I've been re-assigned to the Michael Unit, Tennessee Colony, Texas. Please inform me of any decision made on my 1107 here at this new address, please. Till then, "May God Bless The Court."

Thank You Sir,

Larry W. Means

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 15 2015
Abel Acosta, Clerk